# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 15-2069 RGK (MRW) | Date | October 15, 2015 |
|---|---|---|---|
| Title | Richard Romay Arandia v. David Jennings | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSING CASE

Petitioner filed a notice of voluntary dismissal in this case. (Docket # 5.)  This action is dismissed in its entirety.

:  00

Initials of Preparer   vm